UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-CR-107-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| ERIK HUGGINS | |

On motion of the Defendant, Erik Huggins, and for good cause shown, it is hereby ORDERED that the Motion at Docket Entry #32 be sealed until further notice by this Court, except that copies may be provided to the Special Assistant United States Attorney, Counsel for the Defendant, and the United States Probation Officer.

IT IS SO ORDERED.

This the <u>22nd</u> day of September, 2014.

*/s/ Louise W. Flanagan*
LOUISE WOOD FLANAGAN
United States District Judge